IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BH MANAGEMENT SERVICES, LLC; BH COMPANIES, INC.; and BH EQUITIES, L.L.C. § § § § | | |
| Plaintiffs § | | CASE NO. 4:22-cv-00837 |
| § | | |
| vs. § | | |
| § | | |
| B.H. PROPERTIES, LLC, § § § | | |
| Defendants § | | |

## **DEFENDANT B.H. PROPERTIES, LLC'S NOTICE APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Heath Coffman and the law firm of Brackett & Ellis, PC and files this Notice of Appearance of Counsel as local counsel for Defendant B.H. Properties, LLC. Information for Mr. Coffman is set forth below:

J. Heath Coffman
State Bar No. 24059591
Brackett & Ellis P.C.
100 Main Street
Fort Worth, Texas 76102
817-338-1700
817-870-2265 – Facsimile
hcoffman@belaw.com
Local Counsel

Respectfully submitted,

*/s/J. Heath Coffman*
J. Heath Coffman
State Bar No. 24059591
Email: hcoffman@belaw.com

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Facsimile:  817/870-2265

ATTORNEYS FOR B.H. PROPERTIES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of December 2022, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ J. Heath Coffman*
J. Heath Coffman

1491876-v1/9998-004132